```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

------------------------------------------------------------X
                                                            :
NATURAL ALTERNATIVES                                        :
INTERNATIONAL, INC.,                                        :     19 Civ. 5354 (LGS)
                             Plaintiff,     :
                                       :     __ORDER__
                -against-                          :
                                         :
BACTOLAC PHARMACEUTICAL, INC., et al.,  :
                             Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to this Court's Order at Dkt. No. 83, the parties were directed to file a joint status letter on June 15, 2020;

       WHEREAS, on June 15, 2020, Defendant filed a status letter, stating that it had been unable to reach counsel for Plaintiff prior to filing the letter (Dkt. No. 87);

       WHEREAS, on June 16, 2020, the parties were ordered to file a joint status letter by June 19, 2020 (Dkt. No. 88);

       WHEREAS, no joint letter was filed.  It is hereby

       ORDERED that, by **June 26, 2020**, the parties shall jointly file a status letter, including an explanation as to why they failed to comply with this Court's Orders.

Dated: June 23, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE