

DC Office
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Direct Phone: 202.677.4908
Direct Fax: 202.677.4909
Email: Richard.Oparil@AGG.com

August 26, 2020

*By ECF*

Hon. Lorna G. Schofield
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Natural Alternatives International, Inc. v. Bactolac Pharmaceutical, Inc., et al.*,
    No. 1:19-cv-05354(LGS)

Dear Judge Schofield:

  This letter is submitted by counsel for plaintiff, Natural Alternatives International, Inc. ("NAI"). The parties are required to submit a joint status letter to the Court today regarding the status of discovery. I would respectfully request that the Court extend that deadline to Monday, August 31, 2020. My mother died after a brief illness and in-home hospice care at my home in Washington. We had to arrange for her transportation and burial in Syracuse, NY. <u>I am requesting the brief extension to consult with NAI regarding the status of its document search</u>.

  I can generally report that the parties have been moving forward with discovery and that defendant, Bactolac Pharmaceutical, Inc., recently produced additional material to NAI. The requested extension will allow us to provide the Court with a more detailed joint report.

  I conferred with Bactolac's counsel on this request and he does not object to the extension.

  I thank the Court for its attention and consideration.

Respectfully submitted,

/s/ Richard J. Oparil
Richard J. Oparil (RO9269)
Counsel for Plaintiff

Application GRANTED.

The parties' deadline to file a joint status letter is extended to **August 31, 2020**. The parties shall otherwise continue to submit status letters pursuant to the Third Amended Civil Case Management Plan and Scheduling Order at Dkt. 97.

Dated: August 27, 2020
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

15429473v1