UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                      :
NATURAL ALTERNATIVES                                  :
INTERNATIONAL, INC.,                                  :
                                   Plaintiff,         :            19 Civ. 5354 (LGS)
                                                      :
                   -against-                          :                  ORDER
                                                      :
BACTOLAC PHARMACEUTICAL, INC.,                        :
                                   Defendant.    X
-------------------------------------------------------------
LORNA G. SCHOFIELD, District Judge:

        WHEREAS, pursuant to the Third Amended Civil Case Management Plan and

Scheduling Order (the "Case Management Plan"), at Dkt. No. 97, the parties were directed to file

a joint status letter, pursuant to Individual Rule IV.A.2, on September 25, 2020;

        WHEREAS, no such letter was filed.  It is hereby

        **ORDERED** that, by **October 1, 2020**, the parties shall file a joint status letter pursuant to

the Case Management Plan at Dkt. No. 97.


Dated:  September 28, 2020
        New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**