

DC Office
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Direct Phone: 202.677.4908
Direct Fax: 202.677.4909
Email: Richard.Oparil@AGG.com

September 29, 2020

*By ECF*

Hon. Lorna G. Schofield
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Natural Alternatives International, Inc. v. Bactolac Pharmaceutical, Inc., et al.*,
             No. 1:19-cv-05354(LGS)

Dear Judge Schofield:

    This letter is submitted by the parties in response to the Court's September 28, 2020 Order regarding the filing of the joint status letter. Dkt. No. 102. The parties filed the joint letter on September 28 (Dkt. No. 101) and have complied with the Order. If the Court has any questions about the joint status letter, we would be happy to address them.

    We again thank the Court for its attention and consideration.

Respectfully submitted,

/s/ Richard J. Oparil                      /s/ Christopher A. Raimondi
Richard J. Oparil                           Christopher A. Raimondi
Counsel for Plaintiff                    Counsel for Defendant

15591234v1