

DC Office
1775 Pennsylvania Ave. NW, Suite 1000
Washington, DC 20006
Direct Phone: 202.677.4908
Direct Fax: 202.677.4909
Email: Richard.Oparil@AGG.com

December 4, 2020

*By ECF*

Hon. Lorna G. Schofield
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Natural Alternatives International, Inc. v. Bactolac Pharmaceutical, Inc., et al.*,
    No. 1:19-cv-05354(LGS)

Dear Judge Schofield:

  This joint letter is submitted by counsel for plaintiff, Natural Alternatives International, Inc. ("NAI"), and defendant, Bactolac Pharmaceutical, Inc. ("Bactolac"), pursuant to the Court's Memo Endorsement, dated November 30, 2020 (Dkt. No. 107).

  The parties intend to depose the following witnesses:

Dr. Pailla M. Reddy
Bactolac

Renee Reynolds
Bactolac

Vijay Bhatt
Bactolac

Corporate representative of Bactolac
(Information regarding Bactolac's relationship with NAI, including the license agreement and any attempts by NAI to audit Bactolac, its formulation, manufacture and labeling of products containing beta-alanine, its purchases of beta-alanine, its contract manufacturing customers, its discussions with any third party concerning NAI, its trademarks, its New Dietary Ingredient Notification and beta-alanine)

15902234v1

December 4, 2020
Page 2

Kenneth Wolf
Natural Alternatives International, Inc.

Michael Fortin
Natural Alternatives International, Inc.

Corporate representative of Natural Alternatives International, Inc.
(Information regarding the manufacturing, business, licensing, sales, and marketing of
NAI's beta-alanine products, the trademarks owned by NAI, NAIs New Dietary Ingredient
Notification # 1103 and purported injuries to NAI. Information regarding the business and
sales of NAI's beta-alanine products.)

The Bactolac-affiliated witnesses will be deposed during the week of January 18, 2021 and
the NAI-affiliated witnesses will be deposed during the week of January 25.

Unless otherwise agreed by the parties or ordered by the Court, the depositions will be
conducted remotely pursuant to Fed. R. Civ. P. 30(b)(4) by WebEx or reasonably available secure
provider.

In addition, our clients are considering the Court's offer of mediation through a Magistrate
Judge or the Mediation Program. The parties request that they be given until December 11, 2020
to advise the Court of an agreement to mediate.

We again thank the Court for its attention and consideration.

Respectfully submitted,

/s/ Richard J. Oparil                          /s/ Christopher A. Raimondi
Richard J. Oparil                              Christopher A. Raimondi
Counsel for Plaintiff                          Counsel for Defendant


The application is GRANTED.  By **December 11, 2020**, the parties shall jointly
file a letter indicating whether the parties would like a referral to a
magistrate judge for settlement discussions or, alternatively, to the Court-
annexed Mediation Program.  Settlement discussions do not stay or
otherwise excuse delays in discovery.

Dated: December 7, 2020
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

15902234v1