UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    :
NATURAL ALTERNATIVES    :
INTERNATIONAL, INC.,    :
                                  Plaintiff,    :        19 Civ. 5354 (LGS)
    :
           -against-    :        <u>ORDER</u>
    :
BACTOLAC PHARMACEUTICAL, INC.,    :
                                Defendant.    X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this action is trial-ready. The deadline for pre-motion letters for any summary judgment motion was February 4, 2020 (Dkt. No. 108), and no pre-motion letters have been filed. It is hereby

**ORDERED** that, the pre-motion conference scheduled for February 18, 2021, is **CANCELLED**. It is further

**ORDERED** that, this action will be placed in **second place on the Court's April 2021 trial-ready calendar**; the bench trial will begin on **April 12, 2021, at 10:30 a.m.**, or the Court's first available date thereafter. It is further

**ORDERED** that, the parties shall be ready to proceed on 24 hours' notice on or after April 12, 2021. It is further

**ORDERED** that in accordance with and as further provided in Individual Rule IV.B:

    (1) Any motions *in limine* shall be filed by **February 25, 2021**. Responses to the motions shall be filed by **March 11, 2021**. No reply shall be filed. The parties shall follow the Court's Individual Rules regarding such motions. It is further

**ORDERED** that no later than **March 11, 2021**, in anticipation of the bench trial, all parties shall file on ECF:

    (1) A Joint Stipulation of Facts as to all facts on which the parties agree;

(2) The parties' respective Proposed Findings of Fact and Conclusions of Law ("PFFCL"), in which each party shall state all findings of fact and conclusions of law it believes the Court should adopt at the conclusion of the trial.  The parties shall e-mail a courtesy copy in Word format to the Chambers e-mail address.  It is further

**ORDERED** that, no later than **March 18, 2021**, the parties shall file a Joint Final Pre-Trial Order as provided in the Court's Individual Rules; and if useful or necessary, any memoranda of law to address matters that have not previously been addressed as provided in the Court's Individual Rules.  It is further

**ORDERED** that, together with the submissions due on February 25, 2021, the parties shall file a joint letter regarding whether the bench trial will take place in person or virtually and, if virtually, a proposed plan regarding the logistics.

\* \* \* \*

The parties are encouraged to contact Courtroom Deputy James Street at (212) 805-4553 closer to the trial date if they wish to know where they stand on this list.

The final pretrial conference will be scheduled closer to the trial date.

Dated: February 10, 2021
      New York, New York

                                      **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**