UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
NATURAL ALTERNATIVES                                         :
INTERNATIONAL, INC.,                                         :
                                        Plaintiff,           :    19 Civ. 5354 (LGS)
                                                             :
              -against-                                      :    ORDER
                                                             :
BACTOLAC PHARMACEUTICAL, INC., et al.,                       :
                                        Defendants.          :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 4, 2021, the Court issued an Order staying all deadlines pending settlement discussions and directing the parties to notify the court as soon as an agreement in principle has been reached, and within thirty days, if an agreement in principle had not been reached, to file a letter apprising the Court as to the status of settlement discussions. Dkt. No. 115.

WHEREAS, the parties neither notified the Court that they reached an agreement in principle nor filed a letter apprising the Court as to the status of settlement discussions. It is hereby

**ORDERED** that, by **April 9, 2021**, the parties shall file a joint status letter apprising the Court as to the status of settlement discussions.

Dated: April 7, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE