

1775 Pennsylvania Ave. NW
Washington, DC 20006
Direct Phone: 202.677.4908
Direct Fax: 202.677.4909
Email: Richard.Oparil@AGG.com

April 9, 2021

*By ECF*

Hon. Lorna G. Schofield
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Natural Alternatives International, Inc. v. Bactolac Pharmaceutical, Inc., et al.*, No. 1:19-cv-05354(LGS)/Joint Status Letter

Dear Judge Schofield:

This joint letter is submitted by counsel for plaintiff, Natural Alternatives International, Inc. ("NAI"), and defendant, Bactolac Pharmaceutical, Inc. ("Bactolac") in response to this Court's April 7, 2021 Order (Doc. 116), which ordered the Parties to apprise the Court as to the status of the Parties' settlement discussions.

At present, the Parties are actively negotiating the terms of a settlement agreement and other related documents. The Parties do not currently perceive any significant areas of disagreement or apparent barriers to finalization of a settlement agreement and other related documents. As such, the Parties respectfully request that this matter continue to be stayed so that the Parties may complete their settlement negotiations before continuing with any additional litigation, if necessary.

We again thank the Court for its attention and consideration of this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ Richard J. Oparil | /s/ Christopher A. Raimondi |
| Richard J. Oparil | Christopher A. Raimondi |
| Counsel for Plaintiff | Counsel for Defendant |

The application is **GRANTED.** All deadlines, including the bench trial, are **ADJOURNED** *sine die*, pending settlement discussions. The parties shall file a status letter on **May 12, 2021, and every thirty days thereafter**, apprising the Court as to the status of settlement discussions.

Dated: April 12, 2021
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE