UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> BACTOLAC PHARMACEUTICAL, INC., <br><br> Defendant. | Case No. No. 19-05354-LGS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff, Natural Alternatives International, Inc., and Defendant, Bactolac Pharmaceutical, Inc., hereby stipulate and agree, subject to the approval of the Court, that the present action, including all claims and counterclaims asserted between the Parties, is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own attorneys' fees and costs.

Dated: July 22, 2021

ARNALL GOLDEN GREGORY LLP

By: _____
Kevin M. Bell
Richard J. Oparil (RO9269)
1775 Pennsylvania Ave. NW
Suite 1000
Washington, DC 20006
202-677-4906
Fax: 202-677-4907
Email: richard.oparil@agg.com

*Attorneys for Plaintiff Natural Alternatives International, Inc.*

Respectfully submitted,

RAIMONDI LAW, P.C.

By: _____
Christopher A. Raimondi
552 Broadway
Massapequa, NY 11758
516-308-4462
Fax: 516-308-4463
Email: craimondi@raimondi-law.com

*Attorney for Defendant Bactolac Pharmaceutical, Inc.*

So Ordered.

Dated: July 23, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**